

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 327
1000 Guadalupe Street
Austin, Texas 78701

Phone: (512) 854-4028
Fax: (512) 854-2268

October 5, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711

Re:     Court of Appeals No. 03-15-00511-CV
        Trial Court Cause No. D-1-GN-13-004070
        *Diane V. Wade vs. David's Landscaping; and David's Landscaping, Inc.*

Dear Mr. Kyle:

This appeal is regarding a No Evidence Motion for Summary Judgment. There was no record taken of the hearing. There was an agreement and nonsuit put on the record in this case before the hearing, although I have not been requested to transcribe that for the appeal.

Please contact me if you have any further questions at alicia.racanelli@traviscountytx.gov.

                    Warmest regards,

                     /s/ *Alicia Racanelli*

                    Alicia Racanelli
                    Official Court Reporter
                    201st District Court